UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RABINDRA DEORAJ,

    Plaintiff,                             CASE NO.:

v.

MARRIOTT VACATIONS
WORLDWIDE CORPORATION,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO:    The Judges of the United States District Court
         For the Middle District of Florida

Defendant, MARRIOTT VACATIONS WORLDWIDE CORPORATION ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of Removal[1] ("Notice") of the cause from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.  In support of this Notice, Defendant states as follows:

---

[1] Plaintiff's claims against Defendant are subject to arbitration pursuant to an executed arbitration agreement with Defendant.  By filing this removal, Defendant does not waive its right to arbitrate this matter.

## BACKGROUND

1. Plaintiff, Rabindra Deoraj ("Plaintiff"), filed a complaint against Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled *Rabindra Deoraj v. Marriott Vacations Worldwide Corporation*, Case No. 2021-CA-004716-O (the "State Action"). Pursuant to Local Rule 1.06(b), true and correct copies of all papers on file with the state court are attached as **Exhibit A**.

2. The State Action arises from Plaintiff's former employment with Defendant as a Senior Manager of Governance Risk & Compliance.

3. Plaintiff contends that Defendant discriminated against him based upon his race in violation of 42 U.S.C. § 1981. *See generally* Complaint.

4. Specifically, Plaintiff claims Defendant discriminated against him because he is an Indian American. *See generally* Complaint.

5. In connection with these allegations, Plaintiff brings one count against Defendant for race discrimination under 42 U.S.C. § 1981.

## GROUNDS FOR REMOVAL

6. A notice of removal must contain "a short and plain statement of the grounds for removal." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010).

7. Plaintiff's Complaint consists of one count arising under federal law. Because 42 U.S.C. § 1981 is a "law of the United States," this Court has

federal question jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331.

8. Based on the above, this is an action over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, and, consequently, that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a).

9. Venue is proper in the Middle District of Florida, Orlando Division, because the State Action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. § 1446(a).

10. Removal is timely, as Plaintiff served Defendant on May 7, 2021, and this Notice is filed within the thirty-day period provided in 28 U.S.C. § 1446(b). Defendant has not served any answer or responsive pleading to Plaintiff's Complaint.

11. As required by 28 U.S.C. § 1446(d), Defendant has given written notice of the filing of this Notice to Plaintiff, and a copy of this Notice has been filed with the Clerk of the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida.

## **CONCLUSION**

Defendant respectfully requests that the above-captioned matter, now pending in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2021-CA-0047160-O, be removed to this Honorable Court, and that this Court assume full jurisdiction over the action.

Dated this 27th day of May, 2021.

                                        Respectfully submitted,

                                        *s/Joyce Ackerbaum Cox*
Joyce Ackerbaum Cox, Esq.
Florida Bar No.:  0090451
jacox@bakerlaw.com
Taylor A. Harduvel, Esq.
Florida Bar No.: 1018042
tharduvel@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL  32802-0112
Telephone:  (407) 649-4000
Facsimile:  (407) 841-0168

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I further certify that a true and correct copy of the foregoing has been served via e-mail upon:

Kyle J. Lee, Esq.
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Kyle@KyleLeeLaw.com
**COUNSEL FOR PLAINTIFF**

            *s/Joyce Ackerbaum Cox*
            Joyce Ackerbaum Cox, Esq.